

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00353-CR

**EX PARTE MOLLIE WILLIAMS FRANKLIN**

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 30458A, Honorable Dee Johnson, Presiding

May 31, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Mollie Williams Franklin, appeals from the trial court's order denying her pretrial application for writ of habeas corpus. Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and her attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.